# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

MITCH ROBBINS,                                  Case No. 1:11-cv-565
     Plaintiff,                                Litkovitz, M.J.

     vs.

EILEEN PATTERSON, et al.,                       **ORDER**
     Defendants.

     The parties have reached a settlement in this matter following a settlement conference held April 3, 2012.

     It is **ORDERED** that this action is **DISMISSED** with prejudice.  It is provided that any of the parties may, upon good cause shown within one hundred twenty (120) days from the date of this Order, reopen the action if settlement is not consummated.

     The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

     **IT IS SO ORDERED**.

Date: 4/17/2012

Karen L. Litkovitz, Magistrate Judge
United States District Court